NOT FOR PUBLICATION

RECEIVED
APR 24 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| David J. NELLIGAN<br><br>Plaintiff,<br><br>v.<br><br>LOCKWOOD BOAT WORKS, INC.,<br><br>Defendant. | Civ. No. 11-1465<br><br>MEMORANDUM ORDER |

THOMPSON, U.S.D.J.

   This matter has come before the Court on Defendant Lockwood Boat Works Inc.'s Motion to Dismiss for Lack of Prosecution [docket # 20] and Motion for Sanctions [21]; and it appearing that Plaintiff David J. Nelligan, through counsel, by letter dated April 11, 2012, has requested permission to file an untimely response to these motions in order to produce the requested discovery documents and file its expert disclosures which were due on January 16, 2012; and it appearing that Plaintiff has provided the requested discovery and expert disclosures as of April 17, 2012 [24]; and the Court having conferred with counsel concerning the status of this case by telephonic conference on April 17, 2012; and the Court advising Plaintiff and his counsel that failure to comply with the terms of any future Court order may result in the dismissal of this case and the imposition of sanctions; and good cause appearing for the entry of this Order,

   IT IS on this ___ day of April, 2012,

   ORDERED that Defendant's Motion to Dismiss [20] and Motion for Sanctions [21] are hereby DISMISSED.

_____
ANNE E. THOMPSON, U.S.D.J.